# ELECTRONIC RECORD

COA # 14-12-01103-CR                          OFFENSE: Theft

STYLE: Juan Carlos Ramirez v The State of Texas        COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed        TRIAL COURT: 337th District Court

DATE: 11/14/2013      Publish:No                TC CASE #: 1215005

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan Carlos Ramirez v The State of Texas    CCA # **1752-13**

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_Granted & remanded_                JUDGE: _____

DATE: _April 16, 2014_               SIGNED: _____      PC: _____

JUDGE: _PC_                         PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**